Argued February 7, affirmed February 18, 1967

## STATE OF OREGON, *Respondent, v.*
## DuWAYNE ROBERT SEAGER,
### *Appellant.*
423 P. 2d 496

*Vincent G. Robeson,* Portland, argued the cause and filed a brief for appellant.

*Jacob B. Tanzer,* Deputy District Attorney, Portland, argued the cause for respondent. With him on the brief was George Van Hoomissen, District Attorney, Portland.

Before PERRY, Chief Justice, and SLOAN, GOODWIN and FORT, Justices.

PER CURIAM.

The defendant DuWayne Robert Seager was convicted of the crime of burglary not in a dwelling and appeals.

The defendant's brief fails to comply with Rule 19 of this court. Also, the defendant's assignments of error are without merit.

The judgment is affirmed.